RONALD E. MALLEN (SBN 040928)
KENDRA L. BASNER (SBN 250088)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:  415-362-6000
Facsimile:  415-834-9070

Attorneys for Defendants
KOSTOPOULOS RODRIGUEZ, PLLC,
K. DINO KOSTOPOULOS
800 DC, LLC D/B/A BIZZIE and 1-800-DRY CLEAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE SHIFMAN, an individual, GORETTI SHIFMAN, an individual, DRY CLEANING DELIVERY SERVICES, INC., a California corporation,, <br><br>Plaintiff,<br><br>vs.<br><br>800 DC, LLC D/B/A BIZZIE and 1-800-DRY CLEAN, a Michigan corporation, KOSTOPOULOS RODRIGUEZ, PLLC, a Michigan Professional limited liability company, K. DINO KOSTOPOULOS, an individual, DOE ONE through DOE TWENTY, inclusive,<br><br>Defendants. | Case No. 3:13-cv-05934-EMC<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Current Date of CMC:  March 27, 2014<br><br>Stipulated Date of<br>Continued CMC:  May 29, 2014<br>Time:  9:00 a.m.<br>Courtroom:  5 |

Pursuant to the United States District Court for the Northern District of California Local Rules ("Civil L.R."), Rule 16, Defendants 800 DC, LLC d/b/a/ BIZZIE and 1-800-DRY CLEAN ("800 DC"); Kostopoulos Rodriguez, PLLC; and, K. Dino Kostopoulos, individually, (collectively "Defendants"), and Plaintiffs Lawrence Shifman, individually; Goretti Shifman, individually; and, Dry Cleaning Delivery Services, Inc. ("DCDS") (collectively "Plaintiffs"), by and through their respective counsel, have met and conferred and hereby stipulate and seek relief from the Court concerning obligation imposed by the

1

Order Setting Initial Case Management Conference dated December 27, 2013, requesting the Court to continue the Initial Case Management Conference ("CMC"), and all associated deadlines, presently scheduled for March 27, 2014 at 9:00 a.m. in Courtroom 5, on the 17th floor of the San Francisco Courthouse located at 450 Golden Gate Avenue, San Francisco, California, until **May 29, 2014 at 9:00 a.m. in Courtroom 5** at the same location due to Defendants' pending dispositive Motion to Dismiss and Special Motion to Strike filed pursuant to Civil L.R. 7, which are scheduled to be heard by the Honorable Edward M. Chen on March 13, 2014 at 1:30 p.m. in Courtroom 5.

The Parties submit that continuing the CMC to May 29, 2014 will allow adequate time for the Court to render its decision on Defendants' dispositive motions before the Parties' compliance with the associated ADR and other such deadlines is required. It is further noted that Randall M. Widmann, counsel for Plaintiffs, previously filed with the Court a Notice of Unavailability from May 1, 2014 through May 16, 2014.

**IT IS HEREBY STIPULATED**

Dated: March 6, 2014

HINSHAW & CULBERTSON LLP

By: /s/ Kendra Basner
RONALD E. MALLEN
KENDRA L. BASNER
Attorneys for Defendants
KOSTOPOULOS RODRIGUEZ, PLLC,
K. DINO KOSTOPOULOS
800 DC, LLC D/B/A BIZZIE and 1-800-DRY CLEAN

Dated: March 6, 2014

LAW OFFICES OF RANDALL M. WIDMANN

By: /s/ Randall M. Widmann
RANDALL M. WIDMANN
Attorney for Plaintiffs

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | DATED:    3/10/14      _____
4 |                         DISTRICT JUDGE EDWARD M. CHEN



# CERTIFICATE OF SERVICE

*Shifman v. 800 DC, LLC, Kostopoulos*

United States District Court, Northern District of California

Case No. 5:13-cv-05934-EMC

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On March 6, 2014, I served the document(s) entitled,

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at San Francisco, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on March 6, 2014, at San Francisco, California.

*Bonnie Horne*
Bonnie Horne

1

# SERVICE LIST

*Shifman v. 800 DC, LLC, Kostopoulos*

**Case No. 5:13-cv-05934-EMC**

| | |
|---|---|
| Randall Widmann<br>Law Offices of Randall M. Widmann<br>2479 E. Bayshore Road, Suite 703<br>Palo Alto, CA 94303<br>Tel:  650-424-8400<br>Fax:  650-617-6888<br>Email: :randall@RMWLaw.net<br><br>*Attorneys for Plaintiffs, Lawrence Shifman, Goretti Shifman, Dry Cleaning Delivery Services, Inc.* | Karl Runft<br>Nopar & Associates<br>2479 E. Bayshore Road, Suite 703<br>Palo Alto, CA 94303<br><br>Tel:  650-328-7300<br><br><br><br>*Attorneys for Plaintiffs, Lawrence Shifman, Goretti Shifman, Dry Cleaning Delivery Services, Inc.* |