RONALD E. MALLEN (SBN 040928)
KENDRA L. BASNER (SBN 250088)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendants
KOSTOPOULOS RODRIGUEZ, PLLC,
K. DINO KOSTOPOULOS
800 DC, LLC D/B/A BIZZIE and 1-800-DRY CLEAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE SHIFMAN, an individual, GORETTI SHIFMAN, an individual, DRY CLEANING DELIVERY SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>800 DC, LLC D/B/A BIZZIE and 1-800-DRY CLEAN, a Michigan corporation, KOSTOPOULOS RODRIGUEZ, PLLC, a Michigan Professional limited liability company, K. DINO KOSTOPOULOS, an individual, DOE ONE through DOE TWENTY, inclusive,<br><br>Defendants. | Case No. 3:13-cv-05934-EMC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Current Date of Hearing: March 13, 2014<br><br>**Stipulated Date of<br>Continued Hearing: May 22, 2014<br>Time:                       1:30 p.m.<br>Courtroom:            5** |

Plaintiffs Lawrence Shifman, individually; Goretti Shifman, individually; and, Dry Cleaning Delivery Services, Inc. ("DCDS") (collectively "Plaintiffs") and Defendants 800 DC, LLC d/b/a/ BIZZIE and 1-800-DRY CLEAN ("800 DC"); Kostopoulos Rodriguez, PLLC; and, K. Dino Kostopoulos, individually, (collectively "Defendants"), have reached a settlement of this action in principal. Pursuant to the United States District Court for the Northern District of California Local Rules ("Civil L.R."), Rule 7-7, the Parties respectfully request, by and through their respective counsel, that the Court continue until **May 22, 2014,**

1 **at 1:30 p.m. in Courtroom 5**, the hearing on Defendants' Motion to Dismiss and Special
2 Motion to Strike filed pursuant to Civil L.R. 7, which are presently scheduled to be heard by
3 the Honorable Edward M. Chen on Thursday, March 13, 2014 at 1:30 p.m. in Courtroom 5,
4 so that the Parties can finalize and execute all necessary paperwork to effectuate the
5 settlement of this action. The Parties have not previously stipulated to continue the hearing
6 date on these dispositive motions. Civil L.R. 7-7(b)(1). In the interest of judicial economy
7 and to avoid any unnecessary time and expense, Plaintiffs intend to file a dismissal of this
8 entire action against all Defendants, with prejudice, as soon as the settlement agreement is
9 fully-executed.

10     **IT IS HEREBY STIPULATED**

12 Dated: March 12, 2014         HINSHAW & CULBERTSON LLP

13                               By: /s/ Basner
                                  RONALD E. MALLEN
14                                KENDRA L. BASNER
                                  Attorneys for Defendants
15                                KOSTOPOULOS RODRIGUEZ, PLLC,
                                  K. DINO KOSTOPOULOS
16                                800 DC, LLC D/B/A BIZZIE and 1-800-DRY
                                  CLEAN

19 Dated: March 12, 2014         LAW OFFICES OF RANDALL M. WIDMANN

20                               By: _____
                                  RANDALL M. WIDMANN
21                                Attorney for Plaintiffs

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The CMC is also reset from 5/29/14
2 | to 6/12/14 at 9:00 a.m.  A joint CMC statement shall be filed by 6/5/14.

3 | DATED:  3/12/14



DISTRICT JUDGE EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

3

STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS
Case No. 3:13-cv-05934-EMC
3287759v1 0953650

# CERTIFICATE OF SERVICE

*Shifman v. 800 DC, LLC, Kostopoulos*

**United States District Court, Northern District of California**

**Case No. 5:13-cv-05934-EMC**

    I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

    On March 12, 2014, I served the document(s) entitled,

STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT

on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at San Francisco, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

    I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on March 12, 2014, at San Francisco, California.

                                          Bonnie Horne

# SERVICE LIST

*Shifman v. 800 DC, LLC, Kostopoulos*

**Case No. 5:13-cv-05934-EMC**

| | |
|---|---|
| Randall Widmann<br>Law Offices of Randall M. Widmann<br>2479 E. Bayshore Road, Suite 703<br>Palo Alto, CA 94303<br>Tel:   650-424-8400<br>Fax:  650-617-6888<br>Email: :randall@RMWLaw.net<br>          rmw@lawofficesofrmw.com<br><br>*Attorneys for Plaintiffs, Lawrence Shifman, Goretti Shifman, Dry Cleaning Delivery Services, Inc.* | Karl Runft<br>Nopar & Associates<br>2479 E. Bayshore Road, Suite 703<br>Palo Alto, CA 94303<br><br>Tel:   650-328-7300<br><br>*Attorneys for Plaintiffs, Lawrence Shifman, Goretti Shifman, Dry Cleaning Delivery Services, Inc.* |

2