1  Law Offices of
   Randall M. Widmann
2  Randall M. Widmann, St. Bar #73154
   2479 E. Bayshore Rd., Suite 703
3  Palo Alto, California  94303
   (650) 424-8400
4
   Karl J. F. Runft St. Bar #262163
5  Nopar & Associates
   2479 E. Bayshore Rd., Suite 703
6  Palo Alto, California  94303
   (650) 328-7300
7
   Attorneys for Plaintiff,
8  Lawrence Shifman

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  LAWRENCE SHIFMAN, an individual,   )   Case No. 3:13-cv-05934-EMC
    DRY CLEANING DELIVERY SERVICES,)
14  INC., a California corporation,    )   **STIPULATION AND ORDER RE**
                                       )   **DISMISSAL WITH PREJUDICE**
15            Plaintiff,               )
                                       )
16  vs.                                )
                                       )
17  800 DC, LLC, D/B/A BIZZIE and 1-800-)
    DRY CLEAN, a Michigan corporation, )
18  KOSTOPOULOS RODRIGUEZ, PLLC, a     )
    Michigan Professional limited liability)
19  company, K. DINO KOSTOPOULOS, an   )
    individual, DOE ONE through DOE    )
20  TWENTY, inclusive,                 )
                                       )
21            Defendants.              )
                                       )
22  _____    )

23
            The parties to this action have reached a global settlement of this entire action in the form
24
    of a settlement agreement and release [Settlement Agreement ].  The parties agreed and hereby
25
    stipulate that part of the consideration for the Settlement Agreement is the dismissal of this entire
26
    action with prejudice.
27

28  STIPULATION AND ORDER RE DISMISSAL                                                             1

| | |
|---|---|
| 1 | The parties therefore request that this Court dismiss the entire action with prejudice. As part of the Settlement Agreement the parties agreed that they would each bear their own attorneys' fees and costs. |

Date: 4/10/14

_____
Randall M. Widmann
Attorney for Plaintiff

Date: 4/15/14

_____
Ronald E. Mallen
Attorney for Defendants

### ORDER

Pursuant to the Stipulation of the parties set forth hereinabove, this entire action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 4/17/14

_____
Edward M. Chen
United States District Court

APPROVED
Judge Edward M. Chen

STIPULATION AND ORDER RE DISMISSAL                                                                 2

# CERTIFICATE OF SERVICE

*Shifman v. 800 DC, LLC, Kostopoulos*

United States District Court, Northern District of California

Case No. 5:13-cv-05934-EMC

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On April 16, 2014, I served the document(s) entitled,

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at San Francisco, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on April 16, 2014, at San Francisco, California.

*/s/ Bonnie Horne*
Bonnie Horne

# SERVICE LIST

*Shifman v. 800 DC, LLC, Kostopoulos*

**Case No. 5:13-cv-05934-EMC**

| | |
|---|---|
| Randall Widmann<br>Law Offices of Randall M. Widmann<br>2479 E. Bayshore Road, Suite 703<br>Palo Alto, CA 94303<br>Tel:   650-424-8400<br>Fax:   650-617-6888<br>Email: :randall@RMWLaw.net<br>          rmw@lawofficesofrmw.com<br><br>*Attorneys for Plaintiffs, Lawrence Shifman, Goretti Shifman, Dry Cleaning Delivery Services, Inc.* | Karl Runft<br>Nopar & Associates<br>2479 E. Bayshore Road, Suite 703<br>Palo Alto, CA 94303<br><br>Tel:   650-328-7300<br><br><br>*Attorneys for Plaintiffs, Lawrence Shifman, Goretti Shifman, Dry Cleaning Delivery Services, Inc.* |